UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:10-cv-00705-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | July 18, 2011 |
| MICHAEL WILTSHIRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is the United States' Motion for Default Judgment Against Michael Wiltshire (#11)[1]. No response was filed. Based on the motion, and for good cause shown, it is hereby:

ORDERED and ADJUDGED that the United States' Motion for Default Judgment Against Michael Wiltshire (#11) is GRANTED and that judgment be entered in favor of the United States and against Michael Wiltshire in the amount of $443,457.74, plus interest from May 27, 2011.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk

---

[1] Refers to court's docket number.